PER CURIAM.

(No. 75-CC-1013—

S G A SCIENTIFIC, INC., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 28, 1975.*

S G A SCIENTIFIC, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1054—

DOMINIC COSTELLI, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 28, 1975.*

DOMINIC COSTELLI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.